**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

v.  CASE NO: 4:13-cr-41-RH/CAS

**PEDRO ANTWAN BISHOP**
a/k/a "Godfather"
a/k/a "Sugar Bear"
_____/

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE CAME ON before the Court on the Motion of the United States of America for a Preliminary Order of Forfeiture. Being fully advised in the premises, the Court finds:

1. On April 3, 2013, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against the defendant, charging him with violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2. The Indictment included forfeiture allegations, pursuant to Title 21, United States Code, Section 853.

3. On July 25, 2013, the defendant pled guilty to Count One and Count Two of the Indictment.

4. The Defendant does not agree, but understands that it is the intent of the United States to seek forfeiture of the Defendant's interest in the following property:

A. **Real property located at 304 Folsom Place, Perry, Florida, in Taylor County, Florida more particular described as: Commence at the NW corner of section 35, T4S, R7E, and run easterly along section line, 166 feet, run southerly parallel to West section line, 125 feet for the Point of Beginning; thence run East 152 feet, run South 100 feet, run West 152 feet, run North 100 feet to the Point of Beginning. (#503 and #504). Being a part of the old city of Perry Landfill. (All lot lines parallel to corresponding section lines), and a doublewide mobile home VIN #GAFLJ35A1167ET;**

B. **Real Property located at 714 Twelfth Street S, Perry, Florida, in Taylor County, Florida more particularly described as: Commencing at the northeast corner of the NW 1/4 of NE 1/4 of section 26, township 4 south, range 7 east, thence running south 483.8 feet, thence west 201.5 feet for a point of beginning; thence south 126.6 feet to the Burton-Swartz railroad right of way, thence in a northeasterly direction along said right of way 235.5 feet, thence north 70 feet, thence east 230 feet to the point of beginning, and a doublewide mobile home VIN #GDLCFL19814956A and VIN #GDLCFL19814956B;**

C. **Real Property located at 107 Swift Street, Perry, Florida, in Taylor County, Florida more particularly described as: East 10 feet of Lot 2 and Block "C" and the West 97 feet of Lot 1 Block "C" of the N.L. Smith Subdivision, as recorded in Plat Book 1, Page 82 of the Public Records of Taylor County, Florida; and**

D. **Real Property located at 1207 Malloy Avenue W, Perry, Florida, in Taylor County, Florida more particularly described as: Lot 4: Start on centerline of Swartz Street at station 63 + 51.85 and run N 89° 44′ W 12.5 feet to SE corner of SW 1/4 of SE 1/4, Section 23, T4S, R7E, Perry, Taylor County, Florida; thence continue N 89° 44′ W 12.5 feet to West R/W line of Swartz Street; thence N 16′ E 22.7 feet; thence N 89° 44′ W 225 feet to POB and NE corner of Lot 4; thence continue N 89° 44′ W 75 feet; thence S 16′ W 153.56 feet; thence N 89° 10′ E 75.02 feet; thence N 16′ E 152.12 feet to POB, being part of SW 1/4 of SE 1/4 of Section 23 and part of NW 1/4 of NE 1/4 of Section 26 T4S, R7E, and a 60-foot wide street easement adjacent to North side from Swartz Street. and a manufactured Fleetwood mobile home ID # F1F1Y70A27973-AV21**

5. The United States is entitled to possession of the above-described property

pursuant to 21 U.S.C. § 853, to the extent of any interest the Defendant acquired on or

after August 25, 2011, and subject to legitimate claims of third persons properly established under the procedure prescribed by law;

It is hereby

ORDERED, ADJUDGED and DECREED that based on the foregoing, the defendants' interest in the following property, acquired on or after August 25, 2011, is hereby forfeited to the United States pursuant to the provisions of Title 21, United States Code, Section 853;

> A. **Real property located at 304 Folsom Place, Perry, Florida, in Taylor County, Florida more particular described as: Commence at the NW corner of section 35, T4S, R7E, and run easterly along section line, 166 feet, run southerly parallel to West section line, 125 feet for the Point of Beginning; thence run East 152 feet, run South 100 feet, run West 152 feet, run North 100 feet to the Point of Beginning. (#503 and #504). Being a part of the old city of Perry Landfill. (All lot lines parallel to corresponding section lines), and a doublewide mobile home VIN #GAFLJ35A1167ET;**
>
> B. **Real Property located at 714 Twelfth Street S, Perry, Florida, in Taylor County, Florida more particularly described as: Commencing at the northeast corner of the NW 1/4 of NE 1/4 of section 26, township 4 south, range 7 east, thence running south 483.8 feet, thence west 201.5 feet for a point of beginning; thence south 126.6 feet to the Burton-Swartz railroad right of way, thence in a northeasterly direction along said right of way 235.5 feet, thence north 70 feet, thence east 230 feet to the point of beginning, and a doublewide mobile home VIN #GDLCFL19814956A and VIN #GDLCFL19814956B;**
>
> C. **Real Property located at 107 Swift Street, Perry, Florida, in Taylor County, Florida more particularly described as: East 10 feet of Lot 2 and Block "C" and the West 97 feet of Lot 1 Block "C" of the N.L. Smith Subdivision, as recorded in Plat Book 1, Page 82 of the Public Records of Taylor County, Florida; and**
>
> D. **Real Property located at 1207 Malloy Avenue W, Perry, Florida, in Taylor County, Florida more particularly described as: Lot 4: Start on**

> centerline of Swartz Street at station 63 + 51.85 and run N 89° 44′ W 12.5 feet to SE corner of SW 1/4 of SE 1/4, Section 23, T4S, R7E, Perry, Taylor County, Florida; thence continue N 89° 44′ W 12.5 feet to West R/W line of Swartz Street; thence N 16′ E 22.7 feet; thence N 89° 44′ W 225 feet to POB and NE corner of Lot 4; thence continue N 89° 44′ W 75 feet; thence S 16′ W 153.56 feet; thence N 89° 10′ E 75.02 feet; thence N 16′ E 152.12 feet to POB, being part of SW 1/4 of SE 1/4 of Section 23 and part of NW 1/4 of NE 1/4 of Section 26 T4S, R7E, and a 60-foot wide street easement adjacent to North side from Swartz Street., and a manufactured Fleetwood mobile home ID # F1F1Y70A27973-AV21.

It is further

ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States shall cause to be published at least once notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, or within sixty (60) days of the first date of publication on an official Internet government forfeiture site, www.forfeiture.gov, or receipt of actual notice, whichever is earlier. The United States shall:

1. State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order

of Forfeiture, as a substitute for published notice as to those persons so notified.

It is further

ORDERED, ADJUDGED and DECREED that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

SO ORDERED on January 15, 2014.

s/Robert L. Hinkle<br>
United States District Judge