# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:13cr41-RH/GRJ
 4:15cv14-RH/GRJ

PEDRO ANTWAN BISHOP,

    Defendant.

_____/

## ORDER GRANTING THE § 2255 MOTION IN PART

The defendant Pedro Antwan Bishop pleaded guilty and was sentenced. His retained attorney did not file a notice of appeal. Mr. Bishop has moved for relief under 28 U.S.C. § 2255, asserting, among other things, that he told his attorney to appeal. The § 2255 motion is before the court on the magistrate judge's report and recommendation. ECF No. 410. No objections have been filed.

Based on the magistrate judge's findings of fact, which I adopt,

IT IS ORDERED:

1. The § 2255 motion, ECF No. 315, is granted in part and denied without prejudice in part.

2. The original judgment, ECF No. 247, is vacated.

3. An amended judgment is being separately entered.

4. All other claims in the § 2255 motion are denied without prejudice.

5. The clerk must file for the defendant a notice of appeal from the amended judgment.

6. The defendant's appointed attorney Donna Duncan remains the defendant's attorney of record, including for purposes of appeal.

SO ORDERED on March 28, 2018.

s/Robert L. Hinkle  
United States District Judge